IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



KIMBERLY A. STAHLMAN,

    Plaintiff,

v.                                  CIVIL NO. 3:10CV475

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

## FINAL ORDER

This matter is before the Court on the Report and Recommendation of the Magistrate Judge (R&R) entered on May 17, 2011. The time to file objections has expired and neither party has objected to the R&R. Having considered the matter and deeming it otherwise proper and just to do so, it is hereby ORDERED:

(1)     The Report and Recommendation of the Magistrate Judge is ACCEPTED and ADOPTED as the OPINION of the Court.

(2)     Plaintiff's Motion for Summary Judgment (docket no. 6) is GRANTED.

(3)     Defendant's Motion for Summary Judgment (docket no. 8) is DENIED.

(4)     The decision of the Commissioner is REVERSED AND REMANDED for further administrative proceedings consistent with the opinion.

(5)     This case is CLOSED.

Let the Clerk of the Court send a copy of this Final Order to all counsel of record.

It is so ORDERED.

                                            /s/      REP
                                          Robert E. Payne
                                          Senior United States District Judge

Richmond, Virginia
Date: June 20, 2011